IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-152-GCM

| | |
|---|---|
| **UNITED STATES,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| **All Funds Up To The Amount of $712,767,** ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alexander J. Willscher,** filed April 18, 2013 [doc.#11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Willscher is admitted to appear before this court *pro hac vice* on behalf of defendant, Hong Kong and Shanghai Banking Corporation.

**IT IS SO ORDERED.**

Signed: April 23, 2013

Graham C. Mullen
United States District Judge