IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-152-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br><br>SHENZHEN DEVELOPMENT<br>BANK, *et al*,<br>                Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Megan P. Tosner,** filed June 11, 2013 [doc.# 19].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Tosner is admitted to appear before this court *pro hac vice* on behalf of defendant Ping An Bank.

**IT IS SO ORDERED.**

Signed: June 12, 2013

*[signature]*

Graham C. Mullen
United States District Judge